1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ROBERT CHAPARRO,

            Plaintiff,

     v.

UNITED STATES OF AMERICA, et al.,

            Defendants.

Case No. 5:22-CV-07153 EJD

**ORDER TO SHOW CAUSE RE SETTLEMENT**

Re: ECF No. 12

       Plaintiff, having filed a Notice of Settlement on **January 4, 2023** (*see* ECF. No. 12), is ordered to appear before the Honorable Edward J. Davila on **February 16, 2023, at 10:00 AM** in Courtroom No. 4, 5th Floor, United States District Court, 280 South First Street, San Jose, California, 95113, to show cause why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b). On or before **February 3, 2023**, Plaintiff shall file a statement in response to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.

       The Order to Show Cause shall be automatically vacated and Plaintiff relieved of the obligation to file a statement if a dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before **February 3, 2023.**

       All other pretrial deadlines and hearing dates are VACATED and any pending motions are TERMINATED.

       Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss the action.

       **IT IS SO ORDERED.**

Dated: January 6, 2023

                                         EDWARD J. DAVILA
                                         United States District Judge